**Appeal Dismissed and Memorandum Opinion filed March 24, 2022.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-22-00046-CR

**REGINALD WAYNE GUILLORY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 746927D**

## MEMORANDUM OPINION

The record reflects we lack jurisdiction over this appeal. Appellant is attempting to bring an appeal in this court from the dismissal of his application for writ of habeas corpus by the Texas Court of Criminal Appeals. *See* Tex. Code Crim. Proc. art. 11.07. On February 16, 2022, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. The response fails to demonstrate that this court has jurisdiction to entertain the appeal.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Poissant and Wilson.

Do Not Publish — Tex. R. App. P. 47.2(b)